# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

DENNIS BROWN,                                             Case No. 1:13-cv-524
     Plaintiff,

                                                Spiegel, J.
v.                                                       Litkovitz, M.J.

FIRST NATIONAL COLLECTION                                **ORDER**
BUREAU, INC.,
     Defendant.

     This matter is before the Court following an informal discovery conference held on

December 16, 2013. For the reasons stated during the conference, the parties shall proceed with

the deposition of Mr. Scott Carroll, defendant's designated Fed. R. Civ. P. 30(b)(6) witness, in

Cincinnati, Ohio during the week of January 20, 2014.

     **IT IS SO ORDERED.**

Date: 12/16/13

                                                   Karen L. Litkovitz
                                                   United States Magistrate Judge