UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: FIRST NATIONAL COLLECTION BUREAU, INC. TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION | : : : : : : | MDL No. 2527<br><br>Case No. 2:14-CV-557-KJD-CWH<br>(Base File) |
| THIS DOCUMENT RELATES TO: Case No.: 2:14-CV-00677 (Brown v. FNCB, Inc.) | : : : : | ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the Parties' Stipulation of Dismissal With Prejudice, this action, *Brown v. FNCB, Inc.*, Case No. 2:14-CV-00677, is dismissed with prejudice. This Order of Dismissal is specific to Case No. 2:14-CV-00677 and does not encompass any of the other cases pending in MDL No. 2527.

_____    9/2/2014
Judge Kent J. Dawson